CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

July 23, 2015

Ronald Huff
112 S. Crockett Str.
Sherman, TX 75090
Thomas Fee
Rebecca Bell
Wes Black
13155 Noel Rd., Suite 1000
Dallas, TX 75240

RE:    05-09-01140-CV
       Billy & Debbie Hargesheimer d/b/a Ja-Makin Tan, et al. v. Simulated
       Environmental Concepts

Counsel:

    This appeal has been abated since February 4, 2010 due to the filing of bankruptcy by
appellants. On June 5, 2014, we received correspondence from Mr. Huff stating the bankruptcy
proceedings were still pending. Please notify us of the status of the bankruptcy proceedings
within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

                        Sincerely,

                        /s/     Lisa Matz, Clerk of the Court

ltr:mrh